IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY DONALD SULLIVAN,

    Petitioner,    JUDGMENT IN A CIVIL CASE

v.    Case No. 17-cv-107-jdp

LOUIS WILLIAMS II,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Jimmy Donald Sullivan's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 4/17/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |